DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-7027
    richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 20-CR-00040-JD |
|---|---|
| Plaintiff, | ) STIPULATION RESETTING HEARING DATE ) AND EXCLUDING TIME AND ORDER |
| v. | ) |
| ADAM NICHOLAS WORKMAN, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Adam Workman that the defendant's initial appearance before this Court scheduled for March 18, 2020 be reset for April 22, 2020 at 10:30 a.m. It is further hereby stipulated by the parties that time be excluded under the Speedy Trial Act from March 18, 2020 through April 22, 2020.

The parties stipulate and agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by conferring with the defendant regarding a proposed plea agreement. As of the date of this motion, the President of the United States has declared a national

STIPULATION RESETTING HEARING AND EXCLUDING TIME AND [PROPOSED] ORDER
Case No. 20-CR-00040-JD                                                                                                                               v. 7/10/2018

public health emergency,[1] and the Governor of the State of California has declared a public health emergency through the state,[2] both in response to the spread of the virus known as COVID-19. One of the effects of this public health situation has been an impairment of defense counsel's ability to meet with and effectively communicate with her client. Therefore, the parties stipulate and agree that excluding time until April 22, 2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 18, 2020 through April 22, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 03/16/2020                                /s/
                                                 RICHARD EWENSTEIN
                                                 Assistant United States Attorney

DATED: 03/16/2020                                /s/
                                                 ELLEN LEONIDA
                                                 Counsel for Defendant Adam Workman

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).

[2] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court resets the initial appearance hearing from March 18, 2020 to April 22, 2020 and finds that failing to exclude the time from March 18, 2020 through April 22, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 18, 2020 through April 22, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the initial appearance hearing set on March 18, 2020 is reset for April 22, 2020 and time from March 18, 2020 through April 22, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __March 16, 2020_____

_____
JAMES DONATO
United States District Judge