DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-7234
    richard.ewenstein@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.** CR 20-0040-JD |
| Plaintiff, | **STIPULATION EXCLUDING TIME AND** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| ADAM WORKMAN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Adam Workman that time be excluded under the Speedy Trial Act through July 1, 2020. On May 7, 2020, the parties jointly stipulated to continue from May 11, 2020 to June 30, 2020 a hearing set in this case and to exclude time under the Speedy Trial Act for effective preparation of counsel and continuity of counsel. Dkt. 14. The Court thereafter ordered the continuance but set the hearing for July 1, 2020 for scheduling reasons. Dkt. 15. The parties incorporate by reference all statements in their May 7, 2020 joint stipulation, Dkt. 14, related to exclusion of time under the Speedy Trial Act and stipulate that exclusion of time through July 1, 2020 is necessary and appropriate for effective preparation of counsel and continuity of counsel.

///

STIPULATION AND ~~[PROPOSED]~~ ORDER    1
CR 20-0040-JD

IT IS SO STIPULATED.

Dated: May 8, 2020                         DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/s/_____
RICHARD EWENSTEIN
Assistant United States Attorney

Dated: May 8, 2020                         STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/s/_____
ELLEN LEONIDA
Assistant Federal Public Defender

### [PROPOSED] ORDER

The Court finds that for the reasons stated in the stipulation above, exclusion of time from the time limits applicable under 18 U.S.C. § 3161 through July 1, 2020, is warranted for effective preparation of counsel and continuity of counsel and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: May 12, 2020                     _____
HONORABLE JAMES DONATO
United States District Judge