STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, ADAM WORKMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF,<br><br>v.<br><br>ADAM WORKMAN,<br>        DEFENDANT. | CR 20-040 JD<br><br>STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the hearing currently set for June 30, 2020, be continued to August 5, 2020, for change of plea and sentencing. The parties have reached a plea agreement, which has been lodged with the Court. Defense counsel requested records related to sentencing mitigation on May 19, 2020, but all of them have not yet arrived. The parties agree and stipulate that the time between June 30, 2020, and August 5, 2020, should be excluded for effective preparation and continuity of counsel under 18 U.S.C. §3161(h)(7)(A),(B)(iv).

DATED: June 1, 2020                              /S/
                                        ELLEN V. LEONIDA
                                        Assistant Federal Public Defender
                                        Counsel for Defendant Adam Workman

1

DATED: June 1, 2020            /S/ _____
RICHARD EWENSTEIN
Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the hearing currently set for June 30, 2020, and finds that failing to exclude the time from June 30, 2020, through August 5, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 30, 2020, through August 5, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change of plea and sentencing hearing set for June 30, 2020, be vacated and time from June 30, 2020, through August 5, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The Court sets this matter for change of plea and sentencing on August 5, 2020.

  IT IS SO ORDERED.

    June 9, 2020
DATED: _____       _____
                       HON. JAMES DONATO
                       UNITED STATES DISTRICT JUDGE

U.S. v. Workman, CR 20-040JD
Stip. to Cont., [Proposed] Order